UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GALLERY PROPERTY INVESTMENT, LLC, ET AL | CIVIL ACTION NO. 21-cv-3227 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| LIBERTY MUTUAL INSURANCE CO | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Gallery Property Investment, LLC and A&A Family, Inc. filed this civil action against Liberty Mutual Insurance Company for damages arising out of an insurance dispute. The action was filed based on an assertion of diversity jurisdiction, which puts the burden on Plaintiffs to set forth specific allegations that show complete diversity of citizenship of the parties and an amount in controversy over $75,000. In order for the court to assess whether diversity jurisdiction exists, more information is needed with respect to the citizenship of Liberty and Gallery Property.

The complaint alleges that Gallery Property is a limited liability company "with a sole member who is a citizen of the State of Louisiana." The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). The allegation that Gallery Property has a single, unspecified member who is

a citizen of Louisiana is not sufficient. Plaintiffs must file an amended complaint that specifically identifies the member(s) of Gallery Property and alleges their citizenship in accordance with the applicable rules.

The complaint alleges that Liberty Mutual Insurance Co. is "an insurance company organized and existing under the laws of a state other than the state of Louisiana with its principal place of business in the State of Massachusetts." The complaint does not allege whether Liberty is a corporation or some other form of entity. If it is a corporation, it is deemed to be a citizen of (1) the state in which it was incorporated and (2) the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). To establish diversity jurisdiction, a complaint or notice of removal must set forth "with specificity" a corporate party's state of incorporation and its principal place of business. "Where the plaintiff fails to state the place of incorporation or the principal place of business of a corporate party, the pleadings are inadequate to establish diversity." Joiner v. Diamond M Drilling Co., 677 F.2d 1035, 1039 (5th Cir. 1982).

Plaintiffs must specify in their amended complaint whether Liberty is a corporation or some other form of entity. If it is a corporation, the amended complaint must specifically allege its state of incorporation. If it is an unincorporated entity, such as a limited liability company, its citizenship must be alleged in accordance with the applicable rules.

Plaintiffs' amended complaint must be filed no later than **September 28, 2021**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 15th day of September, 2021.



Mark L. Hornsby
U.S. Magistrate Judge